Defendants in this matter appealed to the Full Commission from an Opinion Award by Deputy Commissioner Lorrie Dollar which awarded benefits to the claimant.
The 31 August 1995 Full Commission Opinion and Award affirmed the Deputy Commissioner's Award of benefits.
Based on the above and after careful consideration defendants are hereby ORDERED to pay simple interest at the rate of eight (8%) percent on the above referenced Award or unpaid portion thereof from 31 March 1995 until it is paid in full. G.S. § 97-86.2. The payment of interest according to the above terms is not subject to the attorney's fee awarded previously in this matter.
No additional costs are assessed at this time.
 S/ ________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ ________________________ DIANNE C. SELLERS COMMISSIONER
S/ ________________________ COY M. VANCE COMMISSIONER